UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-0265 FMO (ASx) | Date | June 4, 2018 |
| Title | Francisco Duarte v. Dale W. Self, et al. | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Vanessa Figueroa | None |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution as to defendant Fleet Xpress LLC

    The Court's Order of April 26, 2018, (Dkt. 26), gave plaintiff Francisco Duarte ("plaintiff") until May 28, 2018, to file an application for entry of default as to defendant Fleet Xpress LLC ("Fleet"). As of the filing date of this Order, plaintiff has not filed an application for entry of default has been filed. (See, generally, Dkt.). The court, on its own motion, will grant plaintiff a short extension of time to file his application for entry of default. Accordingly, IT IS ORDERED THAT plaintiff shall file an application for entry of default as to defendant Fleet no later than **June 7, 2018**. Plaintiff is cautioned that failure to file a timely application for entry of default shall result in the action being dismissed as to defendant Fleet for lack of prosecution and for failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b); Link v. Wabash Railroad Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |